# EXHIBIT B


REINVEST YOUR OLD 401(k)
IN AN AUTOMATED PORTFOLIO    E✱TRADE
BUILT, MONITORED AND MANAGED FOR YOU   LEARN MORE

# ALL THAT'S FAB

MENU

HOME   NEWS   HEALTH   MOMS   STYLE   LOVE   TRAVEL

**NEWS**

## Man Makes Accidental Butt Dial - Now He's In Big Trouble

By: Alexander Burns | September 1, 2018



One man's butt dial has proven to be very costly.

David Bookstaver, a high-level court official from New York, has been fired from his $166,000-a-year-job as the Director of Communications for the Office of Court Administration (OCA). Mr. Bookstaver was allegedly fired after he 'butt dialed' a journalist and was heard telling friends "I barely show up to work." According to the Post, Mr. Bookstaver continued to tell his pals that he barely goes to work and says to friends: "I'm not doing anything."



Save up to 25% with original HP

### TRENDING


**SOCIETY**
Starbucks Barista Under Fire For Writing Insensitive Word On 11-Year-Old Girl's Cup


**SOCIETY**
Woman Shocked After Dog Bites Her Wrist - Realizes He's Trying To Save Her




