# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    RICHARD  P  LIEBOWITZ    , Bar #    RL1234

was duly admitted to practice in the Court on

    October 20, 2015

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     September 11, 2019
            New York, New York

Ruby J. Krajick      By      *Wayne Bowma* (signature)
Clerk of Court               Deputy Clerk