UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>B3 MEDIA, LLC,<br><br>　　　　　　Defendant. | Case No. 19-cv-04829-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 15 |

　　　The parties have filed a notice of settlement. ECF No. 15. By December 20, 2019, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　The Court also hereby sets a case management conference on February 4, 2020. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

　　　Any continuance of the deadlines set in this order requires a showing of good cause.

　　　All other deadlines and hearings are vacated.

　　　**IT IS SO ORDERED**.

Dated: November 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge