UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS,<br><br>　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>B3 MEDIA, LLC<br><br>　　　　　　　　　　Defendant. | Docket No. 4:19-cv-4829-JST<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))** |

　　　　IT IS HEREBY NOTICED, that the above case has settled and should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: November 14, 2019

*Attorneys for Plaintiff Richard Harbus*