UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS,<br><br>                          Plaintiff,<br><br>  - against -<br><br>B3 MEDIA, LLC<br><br>                         Defendant. | Docket No. 4:19-cv-4829-JST<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

     IT IS HEREBY NOTICED, that the above case has settled and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

<u>/s/Richard Liebowitz</u>
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: <u>November 19, 2019</u>

*Attorneys for Plaintiff Richard Harbus*